UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States

       v.                       Case No. 07-cr-142-01-SM

Matthew Slater

O R D E R

The judgment is hereby amended to include the following recommendation to the U.S. Bureau of Prisons: that the defendant be considered for placement at FMC Devens in Ayer, Massachusetts to serve his incarcerative sentence.

    SO ORDERED.

January 28, 2008

                                              Steven J. McAuliffe
                                              Chief Judge

cc:    Jeffrey Levin, Esq.
       Helen Fitzgibbon, AUSA
       US Marshal
       US Probation